In the Matter of S. Reymart Alter, as Secretary and Treasurer of Lake Camps, Inc., Respondent. Samuel Greenberg, Appellant.— Order, adjudging Samuel Greenberg in contempt for disobedience of an order directing him to turn over to petitioner all books, records, and papers of a designated corporation, and imposing punishment, modified on the law and the facts by striking paragraph "V" therefrom and substituting in place thereof the following: "V — Upon failure of the said respondent, Samuel Greenberg, to pay the fine above directed to be paid or to deliver the books, records, and papers of Lake Camps, Inc., for the years 1946, 1948, 1949, and 1950, within the time above set forth, petitioner may apply to the court on two days' notice for commitment of said respondent, Samuel Greenberg." As thus modified the order is affirmed, without costs; the fine to be paid and the material delivered within two days after entry of the order hereon. In our opinion the fact of whether or not there has been obedience should be decided by the court upon sufficient proof. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

In the Matter of James Farrell, Individually and on Behalf of All Others Similarly Situated, Respondent, against Frank X. Sullivan et al., Constituting the Board of Transportation of the City of New York, Appellant.— Proceeding under article 78 of the Civil Practice Act to compel the board of transportation of the city of New York to perform the duty specifically enjoined upon it by law concerning certain seniority rights of petitioner and others in its employ. The board appeals from an order denying its motion to dismiss the petition and from an order resettling such order. Resettled order reversed on the law, with $50 costs and disbursements, motion granted, without costs, and petition dismissed. The appeal from the original order is dismissed. In our opinion, the word "seniority" as used in chapter 927 of the Laws of 1939 has no application to the type of seniority rights which the petitioner seeks to have the board of transportation provide. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.